# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE ORDER OF ST. BENEDICT OF NEW JERSEY, INC. d/b/a ST. MARY'S ABBEY/DELBARTON SCHOOL,<br><br>Plaintiff,<br><br>v.<br><br>UTICA MUTUAL INSURANCE COMPANY<br><br>Defendant. | CIVIL ACTION<br><br>Case: 2:25-cv-15334-ES-MAH<br><br>**CONSENT ORDER TO STAY** AND ADMINISTRATIVE TERMINATION |

**IT IS HEREBY STIPULATED** and agreed by and between Plaintiff, The Order of St. Benedict of New Jersey, Inc. D/B/A St. Mary's Abbey/Delbarton School ("Plaintiff") and Defendant, Utica Mutual Insurance Company ("Defendant"), by and through their undersigned counsel, that the Parties consent to a Stay of this Declaratory Judgment Action ("DJ Action"), and administrative termination of this DJ Action, without prejudice to the right of any party to re-open this matter upon request to the Court, following the conclusion of the fee motion before the state court. The parties agree to alert this Court if an appeal is filed in the State Court and will request a conference if necessary. Utica acknowledges service of the Amended Complaint and agrees it will not raise the Statute of Limitations as a defense upon reinstatement.

| | |
|---|---|
| **POWELL, KUGELMAN, & POSTELL, LLC**<br>*Counsel for Plaintiff* | **HINSHAW & CULBERTSON, LLP**<br>*Counsel for Defendant* |
| /s/<br>Joanna L. Crosby, Esq.<br>131 White Oak Ln<br>Old Bridge, NJ 08857<br>Tel: (732) 679-3777<br>Email: jcrosby@lawppl.com | */s/ April T. Villaverde*<br>April T. Villaverde, Esq.<br>111 Wood Avenue South, Suite 210<br>Iselin, New Jersey 08830<br>Tel: (908) 374-0322<br>Email: avillaverde@hinshawlaw.com |
| Dated: April 24, 2026 | Dated: April 24, 2026 |

So Ordered:

Honorable Michael A. Hammer, USMJ

Dated: 4/27/2026